I. Freeman & Son, Inc. v. United States

No. 6775.—Invoices dated Sheffield, England, June 4, 1942, etc.
Certified June 15, 1942, etc.
Entered at New York, N. Y., July 18, 1942, etc.
Entry No. 701298, etc.

(Decided January 17, 1947)

*Goldwater & Flynn* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183 C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the value of said merchandise, and that such values are the appraised values, less additions made by importers on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

NATHAN NEWMAN v. UNITED STATES

No. 6776.—Invoices dated Sheffield, England, August 23, 1945, etc.
Certified September 17, 1945, etc.
Entered at New York, N. Y., October 17, 1945, etc.
Entry No. 716558/2, etc.

(Decided January 17, 1947)

*Siegel, Mandell & Davidson* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the value of said merchandise, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.